UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph J. Walters, | Court File No. 22-cv-01432 (ECT/LIB) |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO DISMISS** |
| Minnesota Department of Corrections, | |
| Defendant. | |

TO: Plaintiff Joseph J. Walters and his attorney, John A. Abress, Franz Hultgren Evenson, P.A., 1011 Second Street North, PO Box 307, St. Cloud, MN 56302

Defendant moves the Court to dismiss Plaintiff's Complaint (Doc. 1), for failure to state a claim. This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served with this motion.

Dated: July 1, 2022

KEITH ELLISON
Attorney General
State of Minnesota

s/ Alexander W. Hsu
ALEXANDER W. HSU
Assistant Attorney General
Atty. Reg. No. 0399275

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1218 (Voice)
(651) 282-5832 (Fax)
alexander.hsu@ag.state.mn.us

ATTORNEY FOR DEFENDANT

|#5262657-v1