UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph J. Walters, | Court File No. 22-cv-01432 (ECT/LIB) |
| Plaintiff, | |
| vs. | **NOTICE OF HEARING** |
| Minnesota Department of Corrections, | **MOTION TO DISMISS** |
| Defendant. | |

TO: Plaintiff Joseph J. Walters and his attorney, John A. Abress, Franz Hultgren Evenson, P.A., 1011 Second Street North, PO Box 307, St. Cloud, MN 56302

PLEASE TAKE NOTICE that Defendant Minnesota Department of Corrections, shall bring a motion to dismiss Plaintiff's Complaint at 10:00 on September 26, 2022, before the Honorable Eric C. Tostrud, in Courtroom 3B, of the U.S. Courthouse, 316 North Robert Street, St. Paul, MN 55101.

Dated: July 1, 2022

                                                  KEITH ELLISON
                                                  Attorney General
                                                  State of Minnesota

                                                  s/ Alexander W. Hsu
                                                  ALEXANDER W. HSU
                                                  Assistant Attorney General
                                                  Atty. Reg. No. 0399275

                                                  445 Minnesota Street, Suite 1400
                                                  St. Paul, Minnesota 55101-2131
                                                  (651) 757-1218 (Voice)
                                                  (651) 282-5832 (Fax)
                                                  alexander.hsu@ag.state.mn.us

                                                  ATTORNEY FOR DEFENDANT

|#5262912-v1