UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph J. Walters, | Court File No. 22-cv-01432 (ECT/LIB) |
| Plaintiff, | |
| vs. | **MEET AND CONFER STATEMENT** |
| Minnesota Department of Corrections, | |
| Defendant. | |

I hereby certify that on June 29, 2022, the undersigned met and conferred with opposing counsel regarding Defendant's motion to dismiss. The parties do not agree on any part of Defendant's motion.

Dated: July 1, 2022

KEITH ELLISON
Attorney General
State of Minnesota

s/ Alexander W. Hsu
ALEXANDER W. HSU
Assistant Attorney General
Atty. Reg. No. 0399275

445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1218 (Voice)
(651) 282-5832 (Fax)
alexander.hsu@ag.state.mn.us

ATTORNEY FOR DEFENDANT

|#5262924-v1