UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph J. Walters, | Court File No.  22-cv-01432 (ECT/LIB) |
| Plaintiff, | |
| vs. | **DECLARATION OF ALEXANDER W. HSU** |
| Minnesota Department of Corrections, | **IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |
| Defendant. | |

I, Alexander W. Hsu, Assistant Attorney General, state as follows:

1. I represent Defendant in the above-referenced matter.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Agreement Between AFSCME Unit 208 and the State of Minnesota effective July 1, 2021 through June 30, 2023, which is publicly available online at https://mn.gov/mmb-stat/000//az/labor-relations/afscme/unit8/2021-2023/Unit_208_2021-23_SER_Final_Accessible.pdf.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated:  July 1, 2022
County of Ramsey, State of Minnesota

 s/ Alexander W. Hsu
ALEXANDER W. HSU

|#5262939-v1