UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph J. Walters, | Court File No. 22-cv-01432 (ECT/LIB) |
| Plaintiff, | |
| vs. | **(PROPOSED) ORDER** |
| Minnesota Department of Corrections, | |
| Defendant. | |

The above-entitled matter came before the Court pursuant to the Motion to Dismiss filed by Defendant..

Based upon the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss filed by Defendant is **GRANTED.**

2. The Complaint is dismissed **WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____   _____
Eric C. Tostrud
United States District Judge