UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Joseph J. Walters,             File No. 22-cv-01432 (ECT/LIB)

    Plaintiff,

v.                                    **ORDER OF DISMISSAL**
                                        **WITH PREJUDICE**

Minnesota Department of Corrections,

    Defendant.

---

    Pursuant to the Stipulation of Dismissal entered into by Plaintiff and Defendant [ECF No. 12] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS ORDERED THAT** the above-captioned action is hereby **DISMISSED** with prejudice and on the merits, without an award of costs to any party.

Date: August 17, 2022                  s/ Eric C. Tostrud
                                                   Eric C. Tostrud
                                                   United States District Court